UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ROBERT JOSEPH ATKINS,<br><br>    Plaintiff,<br><br>v.<br><br>CPT. ARON TURNER,<br>CPL. SHAWN HOCKER,<br>SHERIFF TOM SPANGLER,<br>LT REYDA HEATHR,<br>DETECTIVE NEELY,<br>REP. OFF. GRAYSON FRITZ,<br>KNOX COUNTY,<br>KNOX COUNTY SHERIFF'S OFFICE,<br>STORM WILLIAMS, and<br>MATTHEW WILLIAMS,<br><br>    Defendants. | No.: 3:22-CV-155-TAV-JEM |

## **JUDGMENT ORDER**

For the reasons set forth in the memorandum opinion filed herewith:

1. Plaintiff's motion for leave to proceed *in forma pauperis* [Doc. 6] is **GRANTED**;

2. Plaintiff is **ASSESSED** the civil filing fee of $350.00;

3. The custodian of Plaintiff's inmate trust account is **DIRECTED** to submit the filing fee to the Clerk in the manner set forth in the accompanying memorandum opinion;

4. The Clerk is **DIRECTED** to provide a copy of the memorandum opinion and this order to the custodian of inmate accounts at the institution where Plaintiff is now confined and the Court's financial deputy;

5. Even liberally construing the complaint in favor of Plaintiff, it fails to state a claim upon which relief may be granted under § 1983;

6. Accordingly, Plaintiff's motion for an order of protection [Doc. 5] is **DENIED as moot** and this action is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A;

7. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24; and

8. The Clerk of Court is **DIRECTED** to **CLOSE** the case.

**IT IS SO ORDERED.**

                            s/ Thomas A. Varlan
                            UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    LeAnna R. Wilson
    CLERK OF COURT